1

2

3

4                         UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    BATTLE CREEK STATE BANK,                    Case No. 16-cv-04984-JD

8                    Plaintiff,
                                                 **ORDER REMANDING CASE AND**
9            v.                                   **DENYING FEES**

10   RC VENTURES, LLC, et al.,                    Re: Dkt. Nos. 20, 22

11                   Defendants.

12          In this removed action, plaintiff Battle Creek State Bank has filed a motion to remand,

13   which is not opposed by either the removing party, Markou, LLC, or any of the other defendants

14   who previously consented to the removal.  Dkt. Nos. 20, 25.  The parties consequently are in

15   agreement that the case should be remanded back to state court.  Based on this agreement and

16   because the Court finds pursuant to 28 U.S.C. § 1447(c) that the case was removed improvidently

17   and without jurisdiction, the Court orders the action remanded to the Superior Court of the State of

18   California in and for the County of Marin.

19          Plaintiff has also filed a motion for attorney fees and costs, Dkt. No. 22, which is opposed.

20   An award of fees and costs in a remand order under 28 U.S.C. § 1447(c) is not automatic, and is

21   instead left to the district court's discretion.  *Martin v. Franklin Capital Corp.*, 546 U.S. 132, 139

22   (2005).  This case presents somewhat of a close question, but the Court finds that fees and costs

23   are not warranted under the standard set out in *Martin*, 546 U.S. 141.  Plaintiffs' fees and costs

24   motion is denied.

25          **IT IS SO ORDERED.**

26   Dated:  November 7, 2016

27

28                                               _____
                                                 JAMES DONATO
                                                 United States District Judge

United States District Court
Northern District of California